COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Maulik Modi v. Niti Atre

Appellate case number:    01-16-00513-CV

Trial court case number:  2009-44214

Trial court:               311th District Court of Harris County

This is an appeal from an order in a suit to modify the parent-child relationship. Appellant's brief was due on September 8, 2016. Two extensions have been granted and the appellant's brief is due on November 7, 2016. When retained counsel filed his second motion for extension, he also filed a motion to withdraw, stating that "[i]rreconcilable differences have developed between Appellant and his Counsel regarding case direction and contractual obligations." Counsel contends the differences in expectations have diverged so greatly that it is impossible to continue representing appellant.

Counsel's motion complies with Rule 6.5 in that he states the current deadlines and that he has advised appellant by email, first class and certified mail to appellant's last known address of the motion and of appellant's right to object. *See* TEX. R. APP. P. 6.5(a). Although we held this motion for more than ten days, appellant has filed no response. We **grant** the motion to withdraw.

Counsel must immediately notify appellant in writing of any deadlines in this appeal that have not been previously disclosed to appellant and file a copy of this notice with the clerk of this court within ten days of the date of this order. *See* TEX. R. APP. P. 6.5(c).

It is so ORDERED.

Judge's signature: /s/ <u>Michael Massengale</u>
                        ☒   Acting individually

Date:  October 25, 2016